**AT & T CORP., Plaintiff–Appellee,**

v.

**MICROSOFT CORPORATION, Defendant–Appellant.**

No. 04–1285.

United States Court of Appeals, Federal Circuit.

June 14, 2007.

Before MAYER, LOURIE, and RADER, Circuit Judges.

## ORDER

PER CURIAM.

The Supreme Court of the United States having reversed the judgment of this court with costs for further proceedings in conformity with its opinion, —— U.S. ——, 127 S.Ct. 1746, 167 L.Ed.2d 737,

IT IS ORDERED that the judgment of this court entered on July 13, 2005, is vacated and the mandate issued on October 27, 2005, is recalled; and

IT IS FURTHER ORDERED that the judgment of the United States District Court for the Southern District of New York is reversed; and

IT IS FURTHER ORDERED that Microsoft Corporation may recover its costs in this court; and

IT IS FURTHER ORDERED that the mandate shall issue forthwith.